IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| TELEMACHOS FIOURIS | : |
| 4321 TIBURON DRIVE | : |
| NEW PORT RICHEY, FL 34655 | : |
| | : |
| ANDRONIKI CHAKAS CAUSER | : |
| 7980 E. CHAMA ROAD | : |
| SCOTTSDALE, AZ 85255 | :      CASE NO.: |
| | : |
| ANGELA SKAPOULIS | : |
| 424 BIRNIE AVENUE | : |
| WEST SPRINGFIELD, MA 01089 | : |
| | : |
| GREGORIS ACHELLEOS | : |
| THISIOU 4 MOOTELLAS | : |
| 8016 PAFOS | : |
| CYPRUS | : |
| | : |
| ANASTASIA CHRISTOUDIAS AGATHANGELOU | : |
| 444 MONROE AVE | : |
| NEW MILFORD, NJ 07646 | : |
| | : |
| MARO ANDRONIKOU | : |
| 4 G PAPANICOLAOU | : |
| 1082 ACROPOLIS, NICOSIA | : |
| CYPRUS | : |
| | : |
| ANDREAS ATHENASIOU | : |
| AKROPOLIS 16 | : |
| 1021 KAIMAKLI, LEFKOSIA | : |
| CYPRUS | : |
| | : |
| ANDROULLAS E. CHRISTODOULOU | : |
| OMEROU 44, STROVOLOS 2019 | : |
| CYPRUS | : |
| | : |
| ANDROULA CHRISTODOULOU | : |
| ARISTOTELIS 1 NICOSIA | : |
| CYPRUS | : |
| | : |

AVGI CHARALAMBIDOU                              :
XEROS STR 3A                                    :
K. LAKATANIA 2324                               :
CYPRUS                                          :
                                               :
GEORGE LACOVOU CHRISTODOULOU                    :
17 KRONOS STREET                               :
1100 NICOSIA, CYPRUS                            :
                                               :
IOULIA CHRISTOU                                 :
95 ROAD BLOCK 4                                 :
FLAT 5                                          :
KATO POLEMIDIA                                  :
LIMASSOL 4152                                   :
CYPRUS                                          :
                                               :
LEANDROS CHRISTIDES                             :
27 LEOFOROS RIK                                 :
2120 AGLANTZIA, NICOSIA                         :
CYPRUS                                          :
                                               :
MARIA CHRISTIDES                                :
11 PENTATHAKTYLOU                               :
2614 AREDIOU, NICOSIA                           :
CYPRUS                                          :
                                               :
MELANTHO CHRISTODOULOU                          :
5 LARISSIS 2360                                 :
ST. DOMETIOS, NICOSIA                           :
CYPRUS                                          :
                                               :
MICHAEL CHRISTIDES                              :
27 RIK AVE                                      :
2120 AGLANTZIA, NICOSIA                         :
CYPRUS                                          :
                                               :
PAVLOS CHRISTEDES                               :
2 ASINOU 1048, NICOSIA                          :
CYPRUS                                          :
                                               :
STYLIANOS CHRISTIDES                            :
8 MIDMAR WALK                                   :
KINGSWELLS                                      :
ABERDEEN, UNITED KINGDOM  AB15 8FB             :
                                               :

2

OLGA CHAKAS COMBS                                    :
17094 SE 76TH CREEKSIDE CIRCLE                       :
THE VILLAGES, FLORIDA 32162                          :
                                                     :
ANDREAS CONSTANTI                                    :
21 ESPERIDON STREET                                  :
DHERYNIA, FAMAGUSTA                                  :
CYPRUS                                               :
                                                     :
CHRISTINA CONSTANTINOU                               :
3 CAVO GRECO ROAD                                    :
AYIA NAPA, FAMAGUSTA                                 :
CYPRUS                                               :
                                                     :
CHRYSANTHOS IOANNOU CONSTANTINOU                     :
3 CAVO GRECO ROAD                                    :
AYIA NAPA, FAMAGUSTA                                 :
CYPRUS                                               :
                                                     :
GEORGE CONSTANTI                                     :
3 PANDORA COURT                                      :
AYIAS FYLAXIS, LIMASSOL                              :
CYPRUS                                               :
                                                     :
GEORGEOS CONSTANTI                                   :
3 CAVO GRECO ROAD                                    :
AYIA NAPA, FAMAGUSTA                                 :
CYPRUS                                               :
                                                     :
MAROULA CONSTANTI                                    :
21 ESPERIDON STREET                                  :
DHERYNIA, FAMAGUSTA                                  :
CYPRUS                                               :
                                                     :
PANAYIOTIS CONSTANTI                                 :
18 CHRISTODOULOU STREET                              :
DHERYNIA, FAMAGUSTA                                  :
CYPRUS                                               :
                                                     :
STAVROULA DRAKOU                                     :
ARISTOTELIS  1, NICOSIA                              :
CYPRUS                                               :
                                                     :

KATINA ECONOMIDE                                  :
XEROS STR 3A                                      :
K. LAKATANIA 2324                                 :
CYPRUS                                            :
                                                  :
PANAYIOTA EFSTATHIOU                              :
41 RIK AVE.                                       :
2122 AGLANTZIA, NICOSIA                           :
CYPRUS                                            :
                                                  :
ANDREAS FIOURIS                                   :
114 CLIFFORD STREET                               :
NEWARK, NJ 07105                                  :
                                                  :
JOSEPH A. FIOURIS                                 :
7800 INTERCHANGE ROAD                             :
LEHIGHTON, PA 18235                               :
                                                  :
CHRYSTALLENI GEORGIOU                             :
29 ST. PHILOTHESIS                                :
2112 AGLANTZIA, NICOSIA                           :
CYPRUS                                            :
                                                  :
ANASTASSIS NICOLA HADJISAVVAS                     :
7 METEORON                                        :
2232 LATSIA NICOSIA                               :
CYPRUS                                            :
                                                  :
FROSOULLA HADJISAVVA                              :
7 METEORON                                        :
2232 LATSIA NICOSIA                               :
CYPRUS                                            :
                                                  :
OMIROS ANASTASIOU HADJISAVVAS                     :
7 METEORON                                        :
2232 LATSIA NICOSIA                               :
 CYPRUS                                           :
                                                  :
FYLAKTIS IEREIDIS                                 :
20 IOANNI TSIROU                                  :
3021 LEMESOS                                      :
CYPRUS                                            :
                                                  :
GEORGIOS NIKOLAOU KANTZILARIS                     :
ARISTOTELIS 1, NICOSIA                            :
CYPRUS                                            :

CHLOE KALOGIROU
2 MAKRIGIANNI
2113 AGLANTZIA, NICOSIA
CYPRUS

LELLA KARAYIANNIDES
2 PYTHAGOROU
2122 AGLANTZIA, NICOSIA
CYPRUS

ANDROULA KODSAMANI
GEORGIOU STOKKOU 26
FLAT 11
2024 STROVOLOS, NICOSIA
CYPRUS

KOSTAS KONSTANTINOU
PATMOU 4
YERMASOYES
4044 LEMESOS
CYPRUS

ELLI KOSTA
XEROS STR 3A
K. LAKATANIA 2324
CYPRUS

IOANNIS KOTZIAMANIS
GREGORIOU KIDONION 3
NEA SMIRNI 4123
ATHENS, GREECE

MARIOS KOUMOUROS
PATRIARCHI GREGORIOU 41A
3083 LIMASSOL 57297
3314 CYPRUS

KATINA KOUNAMA
CHARALAMBOU MOUSKOU 8
2310 LAKATAMIA
CYPRUS

ELENI KYPRIANOU                                       :
KANTARAS 17                                           :
2330 LAKATAMIA, NICOSIA                               :
CYPRUS                                                :
                                                     :
THEOGNOSIA KYRIAKOY                                   :
18 LORDOU BYTONOS                                     :
1046 NICOSIA                                          :
CYPRUS                                                :
                                                     :
KYRIACOS LAMBROU                                      :
SYGROU 177                                            :
ATHENS, GREECE                                        :
                                                     :
MARIA LAMBROU                                         :
PERIKLEOUS STREET N. 32                               :
FLAT 4                                                :
2020 NICOSIA                                          :
CYPRUS                                                :
                                                     :
ANDREAS LAVITHIS                                      :
ST.  MAUROMATIS STREET                                :
33 EUGOMI NICOSIA                                     :
CYPRUS                                                :
                                                     :
ANDREAS LOIZIDES                                      :
36-34 CORPORAL KENNEDY STREET                         :
BAYSIDE, NY 11361                                     :
                                                     :
ANDREAS LOIZOU                                        :
34-21 34TH STREET                                     :
ASTORIA, NY 11106                                     :
                                                     :
VERA KIZRIAKIDOU LOUCAIDES (LOUCAIDOU)                :
TROODITITISSIS 39 FLAT 201                            :
PLATI AGLANZIAS 2113                                  :
CYPRUS                                                :
                                                     :
CHRISTOS TAKIS MATHEOU                                :
27 ELEFTHERIAS STREET, FLAT NO. 201                   :
NICOSIA 2303                                          :
CYPRUS                                                :
                                                     :

KYRIAKOU MATHEOU                                    :
41 AMMOCHOSTOU                                      :
SYN COLOSSIOU                                       :
4636 LIMASSOL                                       :
CYPRUS                                              :
                                                    :
LAMBAKIS MATHEOS                                    :
87 ATHALASSIS                                       :
2012 STROVLOS                                       :
CYPRUS                                              :
                                                    :
THEOFANIS  MATHEOU                                  :
41 AMMOCHOSTOU                                      :
SYN COLOSSIOU                                       :
4636 LIMASSOL                                       :
CYPRUS                                              :
                                                    :
COSTAS MATTHEOU                                     :
KARYATIDON 5                                        :
3066 LIMASSOL                                       :
CYPRUS                                              :
                                                    :
GEORGE MATTHEOU                                     :
PLATANISKIA                                         :
4605   LIMASSOL                                     :
CYPRUS                                              :
                                                    :
IOANNIS MENELAOU                                    :
24 PENDELO STREET                                   :
2013 STROVOLOS                                      :
CYPRUS                                              :
                                                    :
MARIA MENELAOU                                      :
24 PENDELO STREET                                   :
2013 STROVOLOS                                      :
CYPRUS                                              :
                                                    :
PANAGIOTA MIKAIL                                    :
34-21 34TH STREET                                   :
ASTORIA, NY 11106                                   :
                                                    :
FLORENTIA MOUSCOU                                   :
NEROMILON 10                                        :
PEFKA 57010                                         :
GREECE                                              :
                                                    :

KYRIACOS MOUSKOS, PHD                          :
21 MCCLENNAN TER.,                             :
WEST ORANGE, NJ 07052                          :
                                               :
OLGA MOUSKOU                                   :
11 PREVEZIS STREET                             :
FLAT NO 37                                     :
NICOSIA 1065                                   :
CYPRUS                                         :
                                               :
SOTERIOS MOUSKOS                               :
11 PREVEZIS STREET                             :
 FLAT NO. 40                                   :
NICOSIA 1065                                   :
CYPRUS                                         :
                                               :
DIMITRIOS NEARCHOU                             :
6 ATHO STREET                                  :
1686 NICOSIA                                   :
CYPRUS                                         :
                                               :
ANDREAS NICOLAIDES                             :
2364 KENTAYROU 15, STREET                      :
AYIOS DHOMETIOS, NICOSIA                       :
CYPRUS                                         :
                                               :
COSTA NICOLAIDES                               :
2364 KENTAYROU 15, STREET                      :
AYIOS DHOMETIOS, NICOSIA                       :
CYPRUS                                         :
                                               :
STELLA NICOLAIDOU                              :
2364 KENTAYROU 15, STREET                      :
AYIOS DHOMETIOS, NICOSIA                       :
CYPRUS                                         :
                                               :
COSTAS ODYSSEOS                                :
IMBRAHIM KAZIM NO.1                            :
8016 PAFOS                                     :
CYPRUS                                         :
                                               :
THALEIA ODYSSEOS                               :
IMBRAHIM KAZIM NO.1                            :
8016 PAFOS                                     :
CYPRUS                                         :
                                               :

IRO PAPADAKI                                                    :
KARYADIDOU 5                                                   :
3066 LIMASSOL                                                  :
CYPRUS                                                        :
                                                              :
GEORGIOS PAPAGLORGIS                                          :
EPITICHIAS 4                                                   :
KATO POLEMIDIA                                                :
LIMASSOL 4157                                                  :
CYPRUS                                                        :
                                                              :
MARIA PAPASAVVA                                               :
4 TAGMATARCHOU POULIOU STREET                                 :
STROVOLOS 2057, NICOSIA                                       :
CYPRUS                                                        :
                                                              :
TASOULA PAPHITOU                                              :
3 KYRENIA STREET                                              :
KONIA, PAPHOS                                                 :
CYPRUS                                                        :
                                                              :
ODYSSEAS PATSALIDES                                           :
15 KALI PANAGI STREET                                         :
APT #1                                                         :
STROVOLOS  2013, NICOSIA                                      :
CYPRUS                                                        :
                                                              :
NEDI POLYVIOU                                                 :
22 LEFKONOS                                                   :
2122 AGLANTZIA, NICOSIA                                       :
CYPRUS                                                        :
                                                              :
PANTELITSA K. PSARA (YIAUGOU)                                 :
ANDREA MIAOULY 12A                                           :
CYPRUS                                                        :
                                                              :
DR. DINOS RAMON                                               :
11 CHYTRI STREET                                              :
1ST FLOOR, 1075 LEFKOSIA                                     :
CYPRUS                                                        :
                                                              :
NIKI SACKSTEDER                                               :
36-34 CORPORAL KENNEDY STREET                                 :
BAYSIDE, NY 11361                                            :
                                                              :

YIANNIS R. SHEHADEH :
O. KLERIDES STR ISA :
2408 ENGOMI, NICOSIA :
CYPRUS :
 :
ELENH SHEHADEH :
O. KLERIDES STR ISA :
2408 ENGOMI, NICOSIA :
CYPRUS :
 :
IOANNIS SHEKERSAVVAS :
CHARALAMBOU MOUSKOU 8 :
2310 LAKATAMIA :
CYPRUS :
 :
THELMA SOFRONIOU :
36-34 CORPORAL KENNEDY STREET :
BAYSIDE, NY 11361 :
 :
CLEANTHIS SOLEAS :
XEROS STR 3A :
K. LAKATANIA 2324 :
CYPRUS :
 :
IOANNIS SOLEAS :
XEROS STR 3A :
K. LAKATANIA 2324 :
CYPRUS :
 :
ANDROULLA SOLOMONIDOU :
LAKONIAS 9 :
2021 STROVOLOS :
CYPRUS :
 :
CHRISTOPOULA  SOLOMONIDOU :
LAKONIAS 9 :
2021 STROVOLOS :
CYPRUS :
 :
NITSA  SOLOMONIDOU :
LAKONIAS 9 :
2021 STROVOLOS :
CYPRUS :
 :

MARIA THEOFANOUS                                      :
2364 KENTAYROU 15, STREET                             :
AYIOS DHOMETIOS, NICOSIA                              :
CYPRUS                                                :
                                                      :
MIRANDA IOAKIM – TZELEPAKL                            :
22D SOLOMOU STREET                                    :
AGLANTZIA 2102, NICOSIA                               :
CYPRUS                                                :
                                                      :
SOULA THOMAS VRENTSOS                                 :
15031 OYSTER SHELL DRIVE                              :
MILFORD, DE 19963                                     :
                                                      :
STELIOS YIAPANIS                                      :
KIFEA STREET                                          :
LEFKOSIA 1048                                         :
CYPRUS                                                :
                                                      :
YORGOS YORGIADIS                                      :
PIGMALIONOS 8                                         :
2406 EGOMI                                            :
LEFKOSIA                                              :
                                                      :
MARIA YIANGOU ZERROU                                  :
ARCHBISHOP KYPRIANOU 9                                :
APT. 61                                               :
STROVOLOS 2059, NICOSIA                               :
CYPRUS                                                :
                                                      :
Individually and on behalf of all others similarly situated    :
                                                      :
           Plaintiffs                                 :
                                                      :
v.                                                    :
                                                      :
THE TURKISH CYPRIOT COMMUNITY                         :
dba "TURKISH REPUBLIC OF NORTHERN CYPRUS"             :
aka "TRNC"                                            :
1667 K STREET, SUITE 690                              :
WASHINGTON, DC 20036                                  :
                                                      :
HSBC HOLDINGS, PLC                                    :
8 CANADA SQUARE                                       :
LONDON E14 5HQ                                        :
UNITED KINGDOM                                        :

|                                    |     |
|------------------------------------|-----|
| HSBC BANK USA, N.A                  | :   |
| ONE HSBC CENTER                     | :   |
| BUFFALO, NY 14203                   | :   |
|                                    | :   |
|        Defendants. | : |
|                                    | :   |
|                                    | :   |

HSBC BANK USA, N.A
ONE HSBC CENTER
BUFFALO, NY 14203

        Defendants.

:
:
:
:
:
:
:
:

## CLASS ACTION COMPLAINT

COME NOW Plaintiffs, TELEMACHOS FIOURIS, et al., by and through their attorney, Athan

T. Tsimpedes, of the Tsimpedes Law Firm, bring this action individually and on behalf of all

others similarly situated against Defendants, the TURKISH CYPRIOT COMMUNITY dba

"TURKISH REPUBLIC OF NORTHERN CYPRUS" aka "TRNC", HSBC HOLDINGS PLC

and HSBC BANK USA, N.A. and allege as follows:

## NATURE OF THE CASE

This is a Class action lawsuit brought by citizens of the United States, United Kingdom,

The Hellenic Republic and the Republic Cyprus for the over 170,000 displaced persons and their

heirs who are denied the rights to their property, businesses and homes by the Defendants. The

Plaintiffs and members of the Class have been denied the rights to their property[1] (realty and

personal), businesses and assets due to the illegal occupation in the north Cyprus that is based on

"religious and ethnic cleansing" through the use of force. While depriving the Plaintiffs of their

property, the Defendants have benefited by entering into a fraudulent property scheme used to

lure unsuspecting investors into purchasing falsely titled property in order to continue the illegal

occupation and deprivation of rights towards the Plaintiffs and the Class. The fraudulent property

---

[1] When referring to "property", unless otherwise indicated, shall mean both real and personal, and include movable property, such as vehicles, appliances, furniture, clothes, books, televisions, icons, pictures, memorabilia, farming equipment and other property to be presented at trial as damages, and is alleged as damages for each Plaintiff and Class member in this Complaint.

scheme allows unscrupulous, unregulated, if not criminal, "developers" sought and approved by the TRNC to solicit, market, advertise, sell, encumber, obtain or transact funds regarding property belonging to the Plaintiffs and the Class without their consent.

The TURKISH CYPRIOT COMMUNITY is trading as the pseudo state "TRNC" and has created this façade to deceive the public in order to conceal the true ownership of these properties to obtain wrongful gains.  The "TRNC" through an organized federation of conspirators, are actively engaged in the advertising, marketing, financing, encumbering, developing, renting, leasing or selling of property based on fraudulent title falsely and illegally issued to the detriment of the Plaintiffs and the Class.  The "TRNC" is aided and supported by HSBC, that has assisted the TRNC in laundering money from its illegal operations by wire in and out of the north of Cyprus related to the fraudulent property scheme.  The United States does not recognize a "Turkish Republic of Northern Cyprus" or "TRNC".  These pseudo names are contrived for marketing purposes by the TURKISH CYPRIOT COMMUNITY in the U.S. despite being condemned for its use by the international community and U.S. is clearly intended to deceive the public. A great example was the recent advertising by the TRNC and its agents that the U.S. singer/actress Jennifer Lopez, by agreement was going to the "TRNC" to host the grand opening of the Cratos hotel and casino that unbeknownst to Ms. Lopez was erected on property belonging to the displaced persons of the barbaric invasion.  However, to the credit of Ms. Lopez, she quickly cancelled after being properly informed of the history of the "TRNC" and TURKEY towards Cypriot civilians, and stated she "would never knowingly support any state, country, institution or regime that was associated with any form of human rights abuse[2]".  Ms. Lopez, a U.S. citizen, has now been threatened with a lawsuit for her reasoned cancellation.

---

[2] (See http://www.hurriyetdailynews.com/n.php?n=jennifer-lopez-scraps-cyprus-concert-after-pressure-report-2010-07-09).

## JURISDICTION AND VENUE

1.      This court has jurisdiction over the subject matter of this action[3] pursuant to 28 U.S.C.

§§ 1330 (a); 1331; and 1332 (a)(2); the Alien Torts Claims Act (ATCA) 28 USC §1350;

Plaintiffs and the Class also invoke the supplemental jurisdiction of this Court with respect to

claims based upon the laws of the District of Columbia, pursuant to 28 U.S.C. § 1367. This is a

class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and other applicable

federal statutes and rules.

2.      This court has Personal Jurisdiction over Defendants because they are actively doing

business in the District of Columbia and engaged in the advertising, marketing, financing, or

selling of properties that are represented to have proper title when they do not which information

was concealed, resulting in the reliance of the Plaintiffs and the Class, or otherwise transferring

monies obtained from the illegal activities in the north of Cyprus through HSBC and the

"TRNC" in the District of Columbia and maintain offices and transact business in the District of

Columbia consistent with constitutional due process.

3.      Venue is appropriate in the District of Columbia pursuant to 28 USC §1391 because

Defendants' commercial acts or omissions giving rise to this action substantially or materially, in

whole or in part, occurred in the District of Columbia and/or Defendants maintain offices and

transact business in the District of Columbia.

## THE PARTIES

4.      Plaintiffs, SOULA THOMAS VRENTSOS, THELMA SOFRONIOU, KYRIACOS

MOUSKOS, PHD, PANAGIOTA MIKAIL, ANDREAS LOIZIDES, ANDREAS LOIZOU,

ANDREAS FIOURIS, JOSEPH A. FIOURIS, OLGA CHAKAS COMBS, ANASTASIA

---

[3] In the event the Republic of TURKEY exercises any rights over the "TRNC" or seeks to provide it immunity as an extension or instrumentality of TURKEY in this litigation then the Foreign Sovereign Immunities Act and its enumerated exceptions and principles of waiver of immunity shall provide the basis for Jurisdiction.

CHRISTOUDIAS AGATHANGELOU, TELEMACHOS FIOURIS, ANDRONIKI CHAKAS CAUSER, ANGELA SKAPOULIS are residents and citizens of the United States of America. Each has rights to or owns property in the occupied north of Cyprus that is under the control of the "TRNC" and is being denied rights to such property and its use and enjoyment by the acts and threat of force through the concerted and independent acts of the Defendants.

5.      Plaintiffs, FLORENTIA MOUSCOU and IOANNIS KOTZIAMANIS, are residents and citizens of the Hellenic Republic commonly referred to as Greece. Each has rights to or owns property in the occupied north of Cyprus under the control of the "TRNC" and is being denied rights to such property and its use and enjoyment by the acts and threat of force through the concerted and independent acts of the Defendants.

6.      Plaintiffs, GREGORIS ACHELLEOS, MARO ANDRONIKOU, ANDREAS ATHENASIOU, ANDROULLAS E. CHRISTODOULOU, ANDROULA CHRISTODOULOU, AVGI CHARALAMBIDOU , GEORGE LACOVOU CHRISTODOULOU, IOULIA CHRISTOU, LEANDROS CHRISTIDES, MARIA CHRISTIDES, MELANTHO CHRISTODOULO, MICHAEL CHRISTIDES, PAVLOS CHRISTEDES, ANDREAS CONSTANTI, CHRISTINA CONSTANTINOU, CHRYSANTHOS IOANNOU CONSTANTINOU, GEORGE CONSTANTI, GEORGEOS CONSTANTI, MAROULA CONSTANTI PANAYIOTIS CONSTANTI, STAVROULA DRAKOU, KATINA ECONOMIDE, PANAYIOTA EFSTATHIOU, CHRYSTALLENI GEORGIOU, ANASTASSIS NICOLA HADJISAVVAS, FROSOULLA HADJISAVVA, OMIROS ANASTASIOU HADJISAVVAS, FYLAKTIS IEREIDIS, GEORGIOS NIKOLAOU KANTZILARIS, CHLOE KALOGIROU, LELLA KARAYIANNIDES, ANDROULA KODSAMANI, KOSTAS KONSTANTINOU, ELLI KOSTA, MARIOS KOUMOUROS, KATINA KOUNAMA, ELENI

KYPRIANOU, THEOGNOSIA KYRIAKOY, KYRIACOS LAMBROU, MARIA LAMBROU, ANDREAS LAVITHIS, VERA KIZRIAKIDOU LOUCAIDES (LOUCAIDOU), CHRISTOS TAKIS MATHEOU, KYRIAKOU MATHEOU, LAMBAKIS MATHEOS, THEOFANIS MATHEOU, COSTAS MATTHEOU, GEORGE MATTHEOU, IOANNIS MENELAOU, MARIA MENELAOU, OLGA MOUSKOU, SOTERIOS MOUSKOS, DIMITRIOS NEARCHOU, ANDREAS NICOLAIDES, COSTA NICOLAIDES, STELLA NICOLAIDOU, COSTAS ODYSSEOS, THALEIA ODYSSEOS, IRO PAPADAKI, GEORGIOS PAPAGLORGIS, MARIA PAPASAVVA, TASOULA PAPHITOU, ODYSSEAS PATSALIDES, NEDI POLYVIOU, PANTELITSA K. PSARA (YIAUGOU), DR. DINOS RAMON, NIKI SACKSTEDER, YIANNIS R. SHEHADEH, ELENH SHEHADEH,  IOANNIS SHEKERSAVVAS, CLEANTHIS SOLEAS, IOANNIS SOLEAS, ANDROULLA SOLOMONIDOU, CHRISTOPOULA  SOLOMONIDOU, NITSA  SOLOMONIDOU, MARIA THEOFANOUS, MIRANDA IOAKIM – TZELEPAKL, STELIOS YIAPANIS, YORGOS YORGIADIS, MARIA YIANGOU ZERROU, are residents and citizens of the Republic of Cyprus.  Each has rights to or owns property in the occupied north of Cyprus under the control of the "TRNC" and is being denied rights to such property and its use and enjoyment by the acts and threat of force through concerted and independent acts of the Defendants.

7.      Plaintiff, STYLIANOS CHRISTIDES, is a resident and citizen of the United Kingdom who has rights to or owns property in the occupied north of Cyprus under the control of the "TRNC" and is being denied its use and enjoyment by the acts and threat of force through concerted and independent acts of the Defendants.

8.      Defendant, the TURKISH CYPRIOT COMMUNITY (hereinafter referred to as "TCC") dba "TURKISH REPUBLIC OF NORTHERN CYPRUS"[4] aka "TRNC" (hereinafter collectively referred to as "TRNC") is an unincorporated association or community acting and falsely representing itself as recognized government or State, namely the "TRNC[5]" in the United States. The "TRNC" is committing or assisting in illegal acts to harm members of the public and U.S. citizens, including the Plaintiffs and the Class.  The "TRNC" maintains a pseudo "embassy" in the United States located at 1667 K Street NW, Suite 690, Washington, D.C. 20036.   The "TRNC" also maintains a pseudo embassy in London for similar and joint purposes.

9.      HSBC HOLDINGS, PLC (hereinafter "HSBC"), is headquartered in London, England and is the parent company of the HSBC Group, and its subsidiaries including HSBC in the "TRNC" and HSBC USA, N.A. (hereinafter all HSBC institutions mentioned are collectively referred to as "HSBC")  are involved in illegally transferring monies regarding property in the north of Cyprus knowing that title to the properties are defective, and despite this, transact business with the "TRNC" furthering and assisting the fraudulent property scheme and the deprivation of rights towards the Plaintiffs and the Class.

10.     HSBC USA, N.A. is headquartered in Buffalo New York and operates as a banking institution transferring monies throughout the United States and the world including the north of Cyprus with offices in Washington, DC.  Upon information and belief, the so called "TRNC" in Washington DC is assisted and banks with HSBC for all its financial transactions.

---

[4] The use of the term TURKISH REPUBLIC OF NORTHERN CYPRUS and/or the TRNC are used solely to identify the actions of illegal activities occurring on the north of Cyprus by a name marketed and advertised by the Turkish Cypriot Community. In no way, manner or form does the use of the terms herein mentioned provide any recognition of any legal status of the TURKISH REPUBLIC OF NORTHERN CYPRUS or TRNC as a government or legal entity operating in the north of the Republic of Cyprus, which is the only legally recognized government on the island.  Under U.S. law, sovereign nations or Governments can only be recognized by the executive branch of the U.S. which has not and does not recognize the "TRNC".
[5] When referring to the "TRNC" in this complaint it shall mean and include all the acts, conduct and representations of its constituents, members, agents and employees that are imputed to the "TRNC" by reference.

11.     There is no separation between the HSBC subsidiaries and the parent as they act as the alter ego or through an agreement assist and facilitate the wrongful conduct of the "TRNC" as stated herein.   HSBC, by agreement or with common management and direction, associate in the illegal enterprise regarding the fraudulent property scheme with its subsidiaries for their joint benefit.  HSBC exercises control over its the subsidiaries and manages the affairs and day to day operations as it relates to the fraudulent property scheme involved in the north of Cyprus through the "TRNC".

<u>HISTORICAL BACKGROUND</u>

12.     On the morning of July 20, 1974 the invasion of Cyprus known by Turkish Armed Forces as *Atilla Harekâtı* (aka "Operation Attila" and is hereinafter referred to as "Attila"), began displacing by sheer terror and brutal force the population of Greek Cypriots and others, all civilians from their homes, property, businesses and communities.  Attila landed off the northern coast of Cyprus and initially occupied 3% of its territory alleging it was necessary to protect Cypriots of Turkish backgrounds. Some fled their houses in nightgowns as Attila used horrific weaponry like Napalm bombs that stick on surfaces, including human flesh, and burn it. Subsequently, a cease-fire was agreed upon.

13.     On August 14, 1974, Attila continued advancing with inhumane and merciless acts like napalm bombings of hospitals, schools, hotels, and Christian places of worship.  Attila killed 6,000 Cypriots, around 6% of the island's population.  The brutality of Attila's troops is documented with a legacy of murders, including priests, pillaging and rapes as found by numerous news agencies and the European courts. TURKEY, by its barbaric acts, created an "occupied area" of nearly 37% of the island, no longer under the control of the Republic of Cyprus.

14.     In its invasion, TURKEY used U.S. made arms and equipment in violation of U.S. and international law by using the weapons in an offensive manner.  Fleeing from their properties during Attila, the 170,000 individual civilians became refugees in their own country, living for extended periods in tents and temporary housing.  Some eventually were granted asylum or immigrated to other countries, including the U.S.

15.     Contrary to international and U.S. condemnations of the barbaric invasion, the occupied area consisting of the lands, homes, property and businesses of mainly Greek Cypriots and others were hijacked by TURKEY and since administered by the "TRNC" that has orchestrated the recent fraudulent property scheme in selling these properties for illegal benefit.

16.     In 1975, the U.S. Congress placed an embargo against TURKEY for using U.S. weapons and arms in invading Cyprus in an offensive manner in violation of the Foreign Sales Act.

17.     On February 13, 1975, TURKEY declared the occupied areas to be a "Federated Turkish State" to the universal condemnation of the international community (UN Security Council Resolution 367(1975)).

18.     In 1976 and again in 1983, the European Commission of Human Rights found TURKEY guilty of repeated violations of the European Convention of Human Rights. TURKEY has been condemned for preventing the return of Greek Cypriot refugees to their property:

"Having found violations of a number of Articles of the Convention, the Commission notes that the acts violating the Convention were exclusively directed against members of one of two communities in Cyprus, namely the Greek Cypriot community. It concludes by eleven votes to three that Turkey has thus failed to secure the rights and freedoms set forth in these Articles without discrimination on the grounds of ethnic origin, race, religion as required by Article 14 of the Convention." (See *Cyprus v. Turkey*, ECHR Applications Nos. 9780/74 AND 6950/75)

19.     In addition, 20,000 Greek Cypriots who became enclaved by the invaders in the occupied

Karpass Peninsula were subjected to human rights violations so that by 2001, when the European

Court of Human Rights found TURKEY guilty (application no. 25781/94) of such offenses, less

than 600 still remained.

20.     On October 5, 1994, the U.S. Senate unanimously passed legislation for the

ascertainment of the fate of five US citizens missing since the Turkish invasion, that ultimately

revealed the use of weapons upon defenseless civilians, including U.S. citizens, one, a young boy

at the tender age of 14, who was executed at close range with a bullet to the head.

21.     Since the Turkish invasion of Cyprus, over 150,000 Turks were imported from its

mainland as illegal settlers into the north of Cyprus in violation of Article 49 of the Geneva

Convention and hence a war crime, to occupy the homes, properties and businesses of the Greek

Cypriot and other refugees.

22.     On September 2, 1987, UN Resolution 1987/19 of the "Sub-Commission On Prevention

Of Discrimination And Protection Of Minorities" was adopted that demanded "the full

restoration of all human rights to the whole population of Cyprus, including the freedom of

movement, the freedom of settlement and the right to property" and also expressed "its concern

at the policy and practice of the importation of settlers mainland TURKEY in the occupied

territories of Cyprus which constitute a form of colonialism and attempt to change illegally the

demographic structure of Cyprus".

23.     The "TRNC" and TURKEY , through its policy of acquiring properties of Christians and

other minority groups through atrocities with the use of U.S. obtained weapons and equipment,

did ethnically cleanse the north of Cyprus of Greek Cypriots and other Christians and Jews,

killing and displacing approximately 170,000 individuals from the homes, businesses and

ancestral lands, along with the importation of settlers from mainland Turkey to occupy the

displaced properties, has created what has been referred to as the "TURKISH GAZA".

I.    **BACKGROUND FACTS COMMON TO ALL PLAINTIFFS**

    A.    FORMATION AND MARKETING THE FALSE AND DECEPTIVE
           TRADE NAME "TURKISH REPUBLIC OF NORTHERN CYPRUS"
           AKA "TRNC" BY THE TCC.

24.    In 1975, TURKEY formed the "Turkish Federated State of Cyprus" (hereinafter TFSC)

to illegally control, govern and administer the territory it occupies illegally ("the occupied

territory") on Cyprus, through the use and threat of force consisting of U.S. arms and equipment.

25.    In November 1983, "Turkish Republic of Northern Cyprus" (the "TRNC") was

proclaimed by the TURKISH CYPRIOT COMMUNITY with the aid and assistance of

TURKEY along with the subsequent enactment of the "TRNC" Constitution" on May 7, 1985,

that was condemned by the international community including the United States.

26.    On November 18, 1983, the United Nations Security Council adopted Resolution 541

(1983) declaring the proclamation of the establishment of the "TRNC" legally invalid and calling

upon all States not to recognize any State on the island nation other than the Republic of Cyprus.

27.    In November 1983, the Committee of Ministers of the Council of Europe decided that it

continued to regard the government of the Republic of Cyprus as the sole legitimate government

of Cyprus and called for respect of the sovereignty, independence, territorial integrity and unity

of the Republic of Cyprus.

*28.*    Of all the world nations, only the Turkish Government alleges the "TRNC" is a

democratic and constitutional State, politically independent of all other sovereign States

including TURKEY, and the administration in northern Cyprus had been set up by the

Turkish Cypriot people in the exercise of its right to self-determination.  *See Cyprus v. Turkey*

*[GC], no. 25781/94, § 15, ECHR 2001IV.*

29.     Despite the condemnations for the formation of the "TRNC" as an independent state on the north of Cyprus, it continues to violate the laws of the U.S. and international community by a pattern of deception in the U.S. without regards to the rule of law.

30.     Most recently, the European Courts have emphasized that the title to the property in the north of Cyprus remains with the rightful owner.  *See Orams v. Appostolides, ECHR Case C420-07*, the court held the right for Greek Cypriot refugees to reclaim land as the rightful owners in northern Cyprus, displaced after the 1974 Turkish invasion, is valid despite the "TRNC"'s illegal acts of issuing title and selling the property to the Orams.  The court held that although Cyprus does not exercise effective control in northern Cyprus, cases decided in its courts are applicable under European Union law.

31.     As a result of the barbaric acts towards the displaced civilians, United Nations peacekeeping forces ("UNFICYP") have maintained a buffer-zone between the two sides creating a division on the nation with the displaced persons, namely the Plaintiffs and the Class, who cannot return or exercise rights to their property by the use or threat of force with U.S. weapons by "TURKEY" and the "TRNC" that continues on a daily basis.

32.     As a result of the Turkish troops and the illegitimate administration and marketing of the TCC as the "TRNC", the property rights of the Greek Cypriot and other refugees while valid are interfered with on a daily basis without interruption from 1974 to the present.

    B.     TCC "DOING BUSINESS AS THE "TRNC" IN THE UNITED STATES.

33.     Defendant, the TURKISH CYPRIOT COMMUNITY does business in the U.S. as the "Turkish Republic of Northern Cyprus" aka "TRNC" that creates the false impression of a recognized state or government to the public despite not having a diplomatic standing or recognition.  This is an obvious attempt to conceal its identity, conduct and intentions to the public.

34.     The "TRNC" despite not being recognized as a Government feels it can act as one anyway in the U.S. by issuing visas and conducting other administrative acts in the U.S.

35.     Most recently, the deception involving Ms. Lopez to arrive in the so called "TRNC" must have required pre planning, including visa issuance or coordination by the "TRNC" in the United States before she cancelled her trip upon realizing she had been deceived and would never knowingly participate with such a regime noted for its human rights violations.

36.     By admission of the Defendant "TRNC," The U.S. Government does not recognize it diplomatically or as a sovereign but only as a Turkish Cypriot Community and its representatives not as diplomats but as lobbyists. (See Ex.1- ltr from U.S. State Dept.)

37.     The "TRNC" has been doing business in the District of Columbia and maintaining a physical presence since the 1980's.  The TCC presence consists of an unincorporated entity disguising itself as the "TRNC" that has expressed and implied that it is a recognized government when it is not in the U.S and the civilized world.

38.     The TCC uses alleged third parties, who are in actuality agents of the TCC, to form and assist the deception of the "TRNC" through its agents or employees, in the U.S. and has even falsely represented to be a non profit entity in the District of Columbia in what can only be deduced to avoid paying taxes to the Internal Revenue Service and the District of Columbia. What is even more disturbing is that an individual of Turkish Cypriot origin is doing business as the "TRNC" business organization with an alleged non profit status. (See Ex. 2- Cert of. Occupancy).

39.     Whether the "TRNC" is a non profit or an alleged government in the minds of the TCC must be explored through immediate discovery and without delay.  It begs the question as to what is the "TRNC", why is it masking itself, and what is it really doing in Washington, DC?

40.     The TCC has not registered with the government of the District of Columbia and seems

to be in violation of the laws by failing to obtain a business license and also for not obtaining a

Tax certification from the DC Government for employing and paying personnel in the District of

Columbia that amounts to a criminal act.

41.     Despite having admitted to expenses and payroll in excess of $300,000.00 per year, if not

more, the TCC acting as the "TRNC" has presented no evidence that any taxes have been paid to

the Internal Revenue Service of the federal government let alone the District of Columbia.

42.     The "TRNC", through its agents, has even gone so far as to falsely claim it is a non profit

entity in the District of Columbia despite not having such status, in order to what can only be

viewed as tax evasion.

43.     The "TRNC" is falsely advertising "what" it is throughout the United States by claiming

to be a recognized government on one hand or a "non profit" on the other in order to facilitate its

deception and abuse of the rule of law even in the U.S.

44.     The "TRNC" uses its representative offices and representatives throughout the U.S., in a

skilled pattern of deception as these representatives are actually lobbyists or business people,

presumed to acquire assets to promote further deception, or by their own conduct deceive the

U.S. public as to who and what they are in order to assist and benefit the  "TRNC" in the U.S.

and elsewhere is illegal. The illegality of the conduct is what the "TRNC" and its agents are

failing to understand and concoct the most absurd story as a defense by either providing hearsay

statements, lack of ownership or control of websites, deny selling or issuing title to property

belonging to the Plaintiffs and the Class yet it is obvious they do, that the "TRNC" has no

control or influence over websites that promote the buying of property is equally absurd when

they are the ones issuing title to such property and must approve the deceived buyer, who falls in the category of yet another plaintiffs pool against the "TRNC".

45.     By admission, the "TRNC" representative in Washington DC, Hilmi Akil, is a known lobbyist and is present in the U.S. with a business visa and not as a diplomat yet still attempts to conceal it by alleging he is a representative of the "TRNC" based on a stamp on his Visa that has nothing to do with a government but rather a business entity, as he has admittedly gained access to the U.S. through a business visa-b1.  (See Exhibit 1– Ltr. US Dept of State; Exhibit. 3- Business Visa of Mr. Akil).

46.     In addition, Mr. Akil is recognized as a representative of the Turkish Cypriot Community and not the "TRNC" which is concealed in order to further perpetuate a false and deceptive status among the public in the U.S.  Yet, Mr. Akil promotes the "TRNC" brand name and not the TCC, by use of letterhead, publications, marketing, title, etc. to the U.S. public and world. (See Exhibit 4- Hilmi Akil Affidavit)

*47.*     The existence of the "TRNC" in the U.S. by definition can only be as a business entity as it does not exist at all as a recognized government and cannot stand before the court as such determined so by the U.S. federal courts when the "TRNC" sought to intervene, but failed, with all its might as a Government to claim rights and title to property from the north of Cyprus, namely Christian historical mosaics stolen from churches that were present in the U.S. (*See Autocephalous Greek-Orthodox Church of Cyprus et al., v. Goldberg and Feldman Fine Arts, Inc. et al.,  917 F.2d 278 (7th Cir. 1990)); Autocephalous Greek-Orthodox Church of Cyprus v. Goldberg, 717 F. Supp. 1374, 2d 278 (IN. 1989)).*

48.     Whether the "TRNC" is an unincorporated association or other entity (legal or illegal) must be uncovered in discovery since it has concealed its true identity and continues to do so by

using agents disguised as independent third parties in the north of Cyprus and the United States

to perform tasks on its behalf including but not limited to developing and maintaining websites,

marketing, advertising, press releases, banking transactions, fund raising, congressional

donations, including Congressman Michael McMahon of NY, meetings with Congressman

including Michael McMahon, and other commercial acts to the detriment of the Plaintiffs and the

Class.

49.     The "TRNC" represents to the U.S. public and world that it has representatives not only

in Washington, DC but in New York (to allegedly interact with the U.N. as if the condemnations

were not clear enough) and also on the West Coast.  (See Exhibit 5 - Wikipedia TRNC DC, NY

and West Coast).

50.     Based on its own slight of hand, pretty soon, the "TRNC" will be in every state acting as

a non profit using the monies obtained from its fraudulent property scheme while evading state

and federal tax and revenue authorities or it will use its moniker "TRNC" to allege it's a

Government in a country where it is not recognized.  Either way, the "TRNC" and its presence in

the U.S. can be summed up as "false and deceptive" based on over 20 years of preparation and

attention to detail.

51.     In Washington, DC, the "TRNC" has maintained offices since the mid to late 1980's to

the present.  To this date, the "TRNC" has not applied for a business license, Certificate of

Occupancy, DC tax certificate or paid any taxes of any kind (at least not according to the public

records), despite admitting having and paying numerous employees, hired attorneys payroll, a

driver and expenses totaling in excess of $300,000.

52.     The TCC dba "TRNC"  has leased office space where employees from the occupied north

of Cyprus have been imported to work in the District of Columbia to assist in its illegal

operations and commercial activities known as the "TRNC" in Washington, DC with its own website that was recently made inactive through the efforts of previous litigation.

53.     The "TRNC" in Washington DC has admitted to owning, maintaining or operating a website known as www.trncwashdc.org indicating property for sale, how to buy the property, obtaining title, hiring employees and attorneys and estate agents for property, the laws of the "TRNC" with the specific language of the so called "constitution" that provides title for the properties rightfully belonging to the Plaintiffs and the Class. The TCC has admitted to numerous other website using the trade name of "TRNC" for marketing but have yet to disclose them.

54.     The "TRNC" markets itself as a government that owns or issues new titles to properties belonging to the Plaintiffs and the Class to others and seeks to defraud the rightful property owners by illegally issuing new title and/or developing the properties and land for profit to the detriment of the Plaintiffs and the Class.

C.     THE TCC HAS FALSELY REPRESENTED A CLAIM TO TITLE AND PROPERTY AND ISSUED FALSE TITLE IN THE NORTH OF CYPRUS THAT WAS WRONGFULLY MARKETED, DEVELOPED OR ENCUMBERED

55.     Through the hubris of the "TRNC" and TURKEY, historic towns and their cultural identity being Hellenic for thousands of years have been "Turkified" and given names in Turkish in order to conceal the wrongdoing, deceive the public and potential buyers into believing that proper title to property can be issued.  In other words, the fraudulent property scheme by the "TRNC" that operates through the banking system and assistance of HSBC and others, masks the true owners of the property by creating the impression that title to the property legitimately belongs to a developer or other Turkish Cypriot who had owned it for years and prior to the barbaric invasion of 1974 that displaced the Plaintiffs and the Class.

56.     The false and deceptive representations made in the so called "Constitution" of the

'TRNC'" of May 7, 1985 clearly intended to affect the property rights of the Plaintiffs and the

Class.

> Article 159 (1) (b) and (c) in so far as relevant provides as follows:

> "(b) All immovable properties, buildings and installations which were found
> abandoned on February [13] 1975 when the Turkish Federated State of Cyprus
> was proclaimed or which were considered by law as abandoned or ownerless after
> the above-mentioned date, or which should have been in the possession or control
> of the public even though their ownership had not yet been determined ... and
> (c) ... shall be the property of the TRNC notwithstanding the fact that they are not
> so registered in the books of the Land Registry Office; and the Land Registry
> Office shall be amended accordingly."

> Article 159 (4) reads as follows:

> "In the event of any person coming forward and claiming legitimate rights in
> connection with the immovable properties included in subparagraphs (b) and (c)
> of paragraph (1) above [concerning, *inter alia*, all immovable properties,
> buildings and installations which were found abandoned on 13 February 1975],
> the necessary procedure and conditions to be complied with by such persons for
> proving their rights and the basis on which compensation shall be paid to them,
> shall be regulated by law."  *Law for the compensation, exchange and restitution
> of immovable properties which are within the scope of sub-paragraph (b) of
> paragraph 1 of Article 159 of the Constitution, as amended by Law nos. 59/2006
> and 85/2007 (hereinafter "Law 67/2005").*

57.     On December 22, 2005, the Defendant TCC further represents its interference with the

properties of the Plaintiffs and the Class when its so called "Law 67/2005" came into effect and

provided that all natural and legal persons claiming rights to immovable or movable property

might bring a claim before the Immovable Property Commission ("IPC") until December 21,

2009 subject to a fee of 100 Turkish liras (TRY) for each application (section 4). On October 22,

2009, this deadline was extended by the so called Parliament of the "TRNC" until December

2011.

58.     Under the provisions of the "TRNC" so called "law", the burden of proof rests upon the

applicant who must prove beyond a reasonable doubt that, inter alia, the immovable property was

registered in his name on July 20, 1974 (or that he is the legal heir to such a person), that he owned the movable property before February 13, 1975 and was forced to abandon it due to conditions beyond his own volition; and that according to the Land Registry records there are no other persons claiming rights to the claimed immovable property.

59.     The "TRNC" has stated the following: "Natural or legal persons who under the legislation of the "TRNC", are in possession or hold the ownership of property to be reinstated after a settlement, shall have the right to be compensated for the damage caused by such a decision of the Commission or to apply to the authorities, in order to have the property they own or possess purchased by the authorities. If this right is not exercised, the immovable property to be reinstated after a settlement, shall, prior to restitution, be expropriated in accordance with the legislation in force."

60.     As a result of the wrongful acts of the "TRNC", the opportunity for others of similar intent were sought and readily available to perpetuate a fraudulent property scheme developed by and through the "TRNC".

> D.    THE FRAUDULENT PROPERTY SCHEME BY AND THROUGH THE TRNC KNOWN AS THE AMARANTA VALLEY SITE.

61.     Since the "TRNC" regime is not a recognized sovereign, it is regarded as being incapable of depriving the property owners of title, but rather only of possession.

62.     Despite this, the "TRNC" and HSBC have for their own benefit encouraged, assisted or allowed encumbrances, contracts for sale, or the distribution of monies wrongfully arising from these properties under false title to the detriment of the Plaintiffs and the Class.

63.     The Republic of Cyprus joined the European Union in 2004.  The illegal occupation and partition of the island has created a safe haven for fugitives from around the world as there is no extradition arrangement in place between the occupied areas with the U.K. or U.S.

64.     This has led the "TRNC" to become a safe haven for people who are fugitives from justice. The most celebrated case is that of Asil Nadir, who was the Chief Executive of the British conglomerate Polly Peck. The firm collapsed in 1990 and Mr. Nadir was not available for trial as he had absconded to the "TRNC" for protection.  Mr. Nadir has rehabilitated himself in the "TRNC", and now owns several successful companies in the illegally occupied area.

65.     Even U.K. fugitives have come to the "TRNC "for safe haven including GARY ROBB. He was arrested by the Cleveland police in 1996 after some 200 police in full riot gear carried out a drugs raid on the premises. He was charged with conspiracy to supply Ecstasy and amphetamines.

66.     ROBB disappeared while on bail and subsequently surfaced in the "TRNC".  Robb claims to be innocent of all charges and hopes to return to the UK.

67.     ROBB formed a Turkish Republic of North Cyprus ("TRNC") company, Aga Developments Ltd, with the consent approval of the "TRNC" knowing that members of the public throughout the world including the concealed true owners of the property, would be harmed because the properties were being sold fraudulently by inducing others to purchase the properties marketed with false title through the "TRNC" and may have also been double sold as a further insult.  As a result of this illegal union, several construction projects through the "TRNC" commenced by agreement and benefit to the Defendants occurring in the occupied areas.

68.     The "TRNC", through an agreement with ROBB, consented, condoned, facilitated, supported and benefited from ROBB'S actions to the detriment of the Plaintiffs and the Class.

69.     One infamous development is at Arapkoy (a "Turkified" name concealing the Hellenic identity), to the east of Kyrenia and off the mountain road to Nicosia and Ercan airport. On this

site, some 246 properties still remain under construction. The site is called Amaranta Valley, and the fraudulent property scheme is often referred to as the "Aga Saga".

70.     The Republic of Cyprus issued an international arrest warrant based on the charge that ROBB had built on land belonging to Greek Cypriots who were displaced once it became aware of the fraudulent property scheme.

71.     Not surprisingly, ROBB negotiated a deal with his safe haven, "TRNC", whereby he would be able to return and stay out of jail.  Since, the U.K. and the U.S. had issued arrest warrants for ROBB, a return to his illegal partner in crime, the "TRNC", for sanctuary was initiated.

72.     The "TRNC" through its many spokesman made representations that the investments of the U.K. citizens and others made in the "TRNC" were guaranteed.  With no respect for the rule of law, the "TRNC" boldly makes statements as a so called government or nation despite being condemned or not recognized by the international community and the U.S. for using such a moniker.

73.     After public scrutiny, HSBC officials in London finally admitted that a money-laundering operation through the "TRNC" was present and halted the transactions but the extent or truth is not known.

74.     Allegedly a committee, headed by the "TRNC" Interior Ministry undersecretary, Hasan Findik, has conducted an investigation which has not been made public in order to conceal and continue its illegal acts.

75.     In true pseudo form, the "TRNC"  is blaming a criminal ROBB for these acts despite continuing their relationship, assisting, condoning, supporting and providing him shelter.

76.     In short, the "TRNC" fraudulent property scheme involving ROBB and others have provided hundreds of millions of dollars through the fraudulent property scheme that has affected members of the public as consumers as well as the true owners of the property, the Plaintiffs and the while the "TRNC" continues solicits and markets the sale of properties including

77.     At another illegal development site, individuals who have already moved into homes on the site at Çatalköy (a "Turkified" town) have complained of being left without mains water or electricity and unknowing of the false title.

78.     The "TRNC" has compensated ROBB for his illegal work and harm to the Plaintiffs through the fraudulent property scheme.

79.     The "TRNC", in a diffused use of agents as alleged third parties, including but not limited to lobbyists, associations and website owners, or simply flat out lying as a pretext to avoid liability of illegal acts that has now been brought to light in the United States. (See Ex. - Akil Aff.)

      E.     HSBC'S INVOLVEMENT IN THE FRAUDULENT PROPERTY
          SCHEME.

80.     The "TRNC" has carefully picked its illegal associates in order benefit monetarily and to coordinate its illegal activities with other wrongful benefactors including the Defendant HSBC and "developers", such as ROBB, located in the occupied areas upon the property of the Plaintiffs and the Class.

81.     All banks have been put on notice to perform their due diligence before doing business in the north of Cyprus with the "TRNC".  Even the U.S. State Department has raised issues concerning the title of property in the north, which HSBC for the motive of profit has ignored its legal obligations in the United States and elsewhere that harmed the Plaintiffs and others.

82.    The banking institutions of the "TRNC" have had a direct effect in the U.S. and a concern for money laundering for terrorism as stated by the U.S. Government on several occasions.

83.    Despite this, the "TRNC" banking institutions are conducting money transfers and/or other illegal banking transactions including but not limited to loans, financing or laundering monies for the benefit of the "TRNC" and others, through banks including HSBC, that originates or manifests, directly or indirectly, from the falsely represented or titled properties in the occupied areas that support the fraudulent property scheme of the "TRNC" in Washington, DC and throughout the United States and world.

84.    HSBC knowingly aids, assists, supports and benefits from the fraudulent property scheme6 as a conduit for the "TRNC" and others benefiting from the illegal and fraudulent property scheme to the detriment of the Plaintiffs and the Class.

85.    The "TRNC", with the aid and support of HSBC, develops, markets, advertises and wrongfully obtains monies7 and funds or otherwise encumbers, finances, refinances, or provides equity to individuals based on the false title represented or provided by the "TRNC" towards the properties belonging to the Plaintiffs' and the Class without their consent and to their detriment.

86.    In so doing, the economy and tourism, and the necessary banking transactions that follow, flourished in the north of Cyprus controlled by the "TRNC" resulting in enormous unjust gains and benefits to the Defendants.

87.    HSBC is the only international bank in the "TRNC" and therefore tourists or anyone in the north of Cyprus must, directly or indirectly, use HSBC as a "clearing house", in order to

---

6 The Plaintiffs' and the Class will seek to add future Defendants to this action that have aided and assisted the TRNC in the fraudulent property scheme or its victims as Plaintiffs throughout this litigation.  Due to the concealment of records and threat of harm, Plaintiffs have been put in a disadvantage to obtain information or inspect their properties in the north of Cyprus controlled by the "TRNC".

7 HSBC wrongfully encumbers, mortgages, finances or acts as a financial conduit towards properties belonging to the Plaintiffs and the Class or otherwise provides material or financial support to assist and aid the TRNC to deprive and interfere with the property rights belonging to the Plaintiffs and the Class.

obtain monies, credit, loans, equity, financing whether a tourist supporting the economy or an inhabitant living, working or paying taxes in the "TRNC" areas that further supports the illegal and discriminatory conduct, herein mentioned, towards the Plaintiffs' and the Class.

88.     By making false or deceptive statements concerning its status as a nation or government, its ownership of properties or authority to sell or issue title to property that do not belong to it, having an embassy or representative, falsely holding itself out to the public of the United Kingdom and the United States and throughout the world as the "TRNC" or "Turkish Republic of Northern Cyprus" government when in fact there is no such sovereign recognized by the U.S. and the civilized world, using "straw men" in order to coordinate its illegal activities in the U.S. and elsewhere, and the use of HSBC to help launder the funds derived from these illegal acts amounts to a classic case of fraud that involves the unique characteristic of an entity disguised as a recognized nation. (See Ex.s' 1, 2, 3, 4 and 5).

89.     HSBC is an international banking institution with offices in Washington, DC, and northern Cyprus8 that provides support, aid and assistance to the false and deceptively marketed pseudo state "TRNC" by among other things, wrongfully clearing transactions and transferring funds from banking activities in the north of Cyprus that are related to the property belonging to the Plaintiffs' and the Class properties without their consent and to their detriment.

90.     The HSBC banks in the "TRNC" controlled region are managed and directed by the parent or acts as the alter ego of the other and is engaged in the illegal conduct of harming Plaintiffs and the Class as more fully stated herein.

---

[8] HSBC is the only known international banking institution in the north of Cyprus and knowingly supports, aids and assists in the transfer of funds regarding properties belonging to the Plaintiffs' and the Class without their consent or otherwise finances, assist and supports financially the TRNC, promotes and finances the illegal sale or development of the properties belonging to the Plaintiffs' and the Class

91.     Upon information and belief, HSBC has been involved in the illegal transactions to and from the north of Cyprus through London and/or Washington DC from at least 2001.

92.     HSBC is the only known bank clearing monies to and from the illegal occupied areas (lands belonging the Plaintiffs and the Class) and operates at least three branches in the "TRNC" that are transacting business and knowingly support, aid and assist the "TRNC" to deprive or interfere with the rights to property belonging to the Plaintiffs and the Class via London and Washington, DC.

93.     As a matter of fact, HSBC by agreement to benefit the illegal enterprise of the "TRNC," has left the Republic of Cyprus where it maintained a presence to deal in the illegally occupied areas exclusively in order to avoid liability and jurisdiction that comes now through the United States court system.

94.     These banking transactions are directed, finalized, processed by and through HSBC and occur in whole or in part in Washington DC or London.  The exclusive control and direction of the acts complained of HSBC in this complaint occur from a common management and board of directors regardless of location and specifically involve London, Washington DC and the "TRNC" controlled north of Cyprus.

95.     "TRNC" facilitates the fraudulent property scheme to the detriment of the Plaintiffs and the Class through a systemized process that involves the internet, its many employees or agents disguising themselves as third parties or through false duties or titles, such as website hosts or owners, realtors and "TRNC" representatives,  and recommended counsel in its representative offices in Washington, D.C. and London, in which the buyer of so-called available property in the north of Cyprus is required to hire an attorney in the north of Cyprus controlled by the "TRNC", apply for a purchase permit from the Land Registry Office that is an agency of the

"TRNC", obtain necessary stamps in exchange of fees and other payments with the help of

"TRNC" certified Real Estate Agents that run the process for the buyer. Buying guides of

property and how to select such property, Its ownership of land belonging to the Plaintiffs and

the Class, its laws affecting property owned by the Plaintiffs and the Class, are prominent

throughout the "TRNC" brand name on many internet sites and publications.

96.     This is painfully obvious not only because the 170,000 displaced persons that cannot

return to their property to use and enjoy under the threat of harm but also because thousands of

properties in the north belonging to the Plaintiffs and the Class that have been sold or represented

with false titles to investors or consumers throughout the world, the over 150,000 imported Turks

to settle in them in order to change the demographics of the island and ethnically erase the

history of the displaced persons including the Plaintiffs and the Class, the desecration and the

destruction of Christian churches, icons and even graves that include Jewish, Catholic and

Maronite property and sites that amounts to "religious cleansing".

97.     Under these circumstances, when the "TRNC" represents and claims that clear title will

be produced from its illegal judiciary when purchasing a property in the north of Cyprus, it is

clearly providing false information that preys upon consumers and the public at large to the

detriment of the Plaintiffs and the Class.

98.     The acts by the Defendants are intended to further the deception by promoting the

"TRNC" as a legitimate government with recognized standards of due process and safeguards

similar to the U.S. and other civilized nations when it does not, and rather seeks to harm and has

harmed the public and consumers by its actions and false representations in order to gain profit

illegally from the blood and sweat of others.

99.     A great example is the *Orams* case.  An elderly British couple, the Orams, believed what the "TRNC" was selling to them and had it not been for the false title and representations by the "TRNC", assisted by the banking institutions, the Orams would not have a judgment against them in the U.K. for building upon the property of a displaced person.

100.    This fraud must be stopped before more members of the public and U.S. citizenry are injured beyond those already harmed by the wrongful acts of the "TRNC" and its cohorts that necessitate an injunction.

101.    One need only view the false and illegal Washington DC based "TRNC" embassy website at www.trncwashdc.org to understand the fraudulent property scheme in the United States and elsewhere designed to intentionally harm the U.S. public or Plaintiffs and the Class while benefiting the pseudo state "TRNC" and is illegally being assisted by financial institutions in the United States.

102.    The website has recently been taken down by the "TRNC" as a result of exposing its scheme in a previous lawsuit but the "TRNC" is capable of repeating and evading review by the courts by simply blaming a third party "straw man" as the current owner, who is really an agent of the "TRNC".

103.    The pseudo state, "TRNC", in Washington DC and in London, illegally markets itself as a legal government and provides regulations, laws, business information, maps, contact information, airline information, buying property information, real estate agents, vacation, financial information on its so called "Washington DC embassy" website and at other websites that share links, and physically in Washington, DC amounting to commercial acts that affects or relate to the property belonging to the Plaintiffs and the Class occurring in the United States.

104.   Defendants have been unjustly enriched and are profiting from their conspiracy and/or joint illegal activity through a fraudulent property as stated herein.

105.   Each Defendant knew the essential nature and scope of the illegal enterprise and each Defendant intended to receive, use or invest such income, resources and use force to continue to deny Plaintiffs and the Class the use and enjoyment, profits, other benefits or rights to their property in violation of international law and laws of the United States.

106.   Some of the Plaintiffs have raised issues in the public to shine the light on the illegal activity.  Unfortunately, the Plaintiffs, mostly housewives, have been harassed and threatened with their lives based on their Christian religion and their desire to publicize the illegal acts.

107.   The Plaintiffs to their horror have witnessed ancient Christian shrines and churches that have been vandalized and allowed to rot or in some cases been Turkified with Islamic symbols that include members of the Plaintiffs and the Class.

108.   The Plaintiffs are fearful to ever return to the "TRNC" nor do they want to risk their lives from the threats received by the "TRNC" should they want to return and settle in their properties many of which are now occupied by the 150,000 imported settlers from mainland TURKEY referred to as the "TURKISH GAZA" or by military forces and other members or constituents of the "TRNC".

109.   It is not enough that Defendants deprive and interfere with the Plaintiffs and the Class ability to use and enjoy their property, but in hubris fashion are using the said property for their own benefit, gain and/or commercial purposes without consent as if they never existed in violation of the rule of law.

WHEREFORE, the Plaintiffs demand compensation according to proof to be presented at trial for the damages suffered, the costs of this cause of action and such other relief as this Court may deem just and proper.

## I.      CLASS ALLEGATIONS

110.    This Class Action is being filed by the Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 23, on behalf of themselves and others similarly situated.  Plaintiffs seeks to certify two classes defined as:

> **Class 1:** All persons who had rights to, in or owned real property, businesses or personal property (collectively referred to as "property") located in the occupied territory controlled by the TRNC and its predecessors at any time since July 20, 1974 to the present and who have been interfered with or deprived of those rights to property and have not been compensated.

## MAINTAINABILITY OF THE CLASS

111.    This Court may maintain these claims as a class action pursuant to Fed. Rule Civ. 23 including Rule 23(b)(1), (b)(3) or 23(c)(4)(A).

112.    Plaintiffs submit that the class is so numerous that joinder of all members, who are dispersed throughout the United States, the Republic of Cyprus and the world, is impracticable, and that the number of said class members will continue to increase within the meaning of Rule 23 (a)(1). Pursuant to Rule 23(a)(2), the named plaintiffs are typical of the class and share questions of law and fact common to the class, to wit: (a) Whether The "TRNC" has represented it has or will provide legal title to the properties contracted for by the Plaintiffss and the Class (b) Whether HSBC was the conduit to clear the monies involving the Plaintiffs contracts for the purchase of the property, (c)  Whether the "TRNC" is interfering with the rights to property belonging to the Plaintiffs and the Class including trespassing, (d) Whether HSBC provided a conduit to transfer monies for the illegal sales or other transactions of the properties contracted to the Plaintiffs and the Class(e) whether the "TRNC" or HSBC knew or should have known of the

false or defective title of the properties contracted; (f) Whether the "TRNC" and HSBC, jointly or individually, should compensate or reimburse Plaintiffs their monies and the Class for the interference and deprivation of their property rights and (g) Whether and injunction should issue to enjoin the "TRNC" or HSBC located in Washington DC from falsely advertising, marketing, financing or other banking transactions related to the property of the Plaintiffs and Class (h) enjoin the TCC from marketing, advertising itself as a Government or State and conducting any activities that affect the property of the Plaintiffs and the Class and (i) that the TCC be enjoined from marketing itself as the "TRNC" along with any representatives in the United States.

113.    Pursuant to Rule 23(a)(4) the named Plaintiffs will fairly and adequately protect the interests of the class because inter alia:

      (a)    the named plaintiffs have no interests which are antagonistic to those of other class members; and

      (b)    the named plaintiffs have a vested interest in vigorously prosecuting this action on behalf of the class, and are represented by experienced counsel.

114.    The claims of the individual Plaintiffs and the members of the class are typical of the claims each member of the class, within the meaning of Rule 23(b)(3) and are based on and arise of identical facts constituting the wrongful conduct of Defendant. This action is properly maintained as a class action under Federal Rule of Civ. Proc. 23(b)(1) in that separate actions by or against individual members of the class would create a risk of inconsistent or varying adjudications with respect to individual members if the class that would establish incompatible standards of conduct for Defendant.

115.    This action is properly maintained as a class action under 23(b)(1) in that separate actions by or against individual members of the class would create a risk of adjudications with respect to

individual members of the class which would, as a practical matter, be dispositive of the interests of other members not party to the adjudications, or would substantially impair or impede their ability to protect themselves.

116.    This action is properly maintained as a class action pursuant to Fed. R. Civ. P. 23(a)(2) in that questions of law or fact common to members of the class predominates over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy between the class and Defendants

## THE DESIRABILITY OF THE CLASS

117.    Pursuant to Rule 23(a)(2), common question of law and fact enumerated above predominate over questions affecting only individual members of the class, and as a class action is superior method for fair and efficient adjudication of the controversy., within the meaning of Rule 23(b)(3).  The likelihood that individual members of the class will prosecute separate claims is remote due to time and expense necessary to conduct such litigation.  This class action can be managed without undue difficulty because the individual plaintiffs will vigorously pursue the interest of the class and the experience of counsel.

## COUNT I
### (Violation of International and Customary Law recognized by the Civilized World)

118.    Plaintiffs and the Class reallege paragraphs 1through 117 of this Complaint as set forth in full.

119.    Defendants conduct, jointly, individually and in concert described above constitute violations of international law and the law of nations as it evolved and exists among the nations of the world today.

## COUNT II
### (Common Law Fraud)

120.    Plaintiffs and the Class reallege paragraphs 1 through 119 of this Complaint as set forth in full.

121.    Defendants' conduct was intentional or reckless in that representations were made that were false and knowing them to be false.

122.    The representations were intended to be relied upon by members of the public and others who relied upon the representations and acts of Defendants, including false title to property, to the detriment of Plaintiffs and the Class.

123.    Defendants' conduct was intentional and intended to cause harm and did cause harm to deceive and harm Plaintiffs and the Class.

124.    That there is casual connection between the wrongful conduct of the Defendants and the harm to the Plaintiffs and the Class.

125.    As a result of the Defendants' conduct, jointly and individually, Plaintiffs and the Class have suffered economic losses, emotional distress, humiliation and personal indignity, emotional pain, embarrassment, fear, anxiety, and anguish.

## COUNT III
### (Civil Conspiracy)

126.    Plaintiffs and the Class reallege paragraphs 1 through 125 of this Complaint as set forth in full.

127.    Defendants conspired with one another to commit wrongful and illegal acts that interfere and deprive the Plaintiffs and the Class from the use and enjoyment of real and personal property, commercial or personal, through mail, wire transactions and/or banking transactions by and through the United States in the District of Columbia and the "TRNC".

128.    The acts violated the laws of the United States and the District of Columbia.

129.    Defendants knowingly and willfully conspired with one another, and took acts jointly and independent from another, to wrongfully obtain from or deny Plaintiffs and the Class rights to property including equity, credit, financing, access, use and enjoyment to their property located in the illegally occupied north of Cyprus.

<b><u>COUNT IV</u></b><br><b>(Aiding and Abetting)</b>

130.    Plaintiffs and the Class reallege paragraphs 1 through 129 of this Complaint as set forth in full.

131.    Defendants' knowingly and willfully provided substantial assistance, sponsored and partnered with each other to deliberately and maliciously commit the wrongful acts and interfering and depriving property rights to the Plaintiffs and the Class, including the access, use and enjoyment of their properties

132.    Defendants' aided and abetted each other by providing each other material aid and

133.    Resources to interfere in the rights of property to Plaintiffs and the Class.

134.    Defendants conspiracy and illegal agreements, as well as independent acts, caused the injuries to the Plaintiffs and the Class. Therefore, Defendants are jointly and severally liable for damages under applicable law, federal statutory laws including the laws of the District of Columbia.

135.    Defendants performed acts within the scope of their offices, employment and/or agencies, which provided material support and resources to their illegal enterprise of a fraudulent property scheme  and agreements to interfere with the rights to properties belonging to the Plaintiffs' and the Class causing substantial economic harm.

136.    Defendants are directly or vicariously liable for their actions or the actions of their co-defendants, members or subsidiaries because they controlled and/or acted in concert with the

other in providing material support to interfere and deprive the Plaintiffs and the Class their

rights to property.

137.   For the reasons stated above, Defendants are jointly and severally liable to

Plaintiffs and the Class for statutory and common law claims as stated herein.

## COUNT V
### (Unjust Enrichment-  Fraudulent Property Scheme)

138.   Plaintiffs and the Class reallege paragraphs 1 through 137 of this Complaint as set forth

in full.

139.   As a result of the unlawful conduct described above, Defendants have been, and will

continue to be unjustly enriched by using the properties belonging to the Plaintiffs and the Class

for their own benefit and profiting through fraudulent property schemes and tourism belonging to

the Plaintiffs and the Class.

140.    Defendants unlawful acts include failing to pay applicable rent or compensation for

interfering and depriving Plaintiffs and the Class of the use and enjoyment of their property at

great expense of the Plaintiffs and the Class.  Defendants have been unjustly enriched by failing

to compensate or reimburse the Plaintiffs and the Class the monetary value of the use of the

property, rent or other profits.

141.   Defendants have benefited from its unlawful acts and it would be inequitable for

Defendants, jointly and independently, to be permitted to retain any ill-gotten gains resulting

from the sale, financing, transactions, use, interference or denial of the rights to property

belonging to Plaintiffs and the Class.

142.   Plaintiffs and the Class are entitled to the amount of each Defendant's ill gotten gains

resulting from its unlawful, unjust and inequitable conduct as stated herein.  Plaintiffs and the

Class are entitled to a constructive trust consisting of profits, taxes, payments for rents or the loss

of use by denying the property rights belonging to Plaintiffs and the Class, from which Plaintiffs and the Class members may make claims on a pro rata basis.

## COUNT VI
### (Violation of Federal Statute- Lanham Act Violation)

143.    Plaintiffs and the Class reallege paragraphs 1 through 142 of this Complaint as set forth in full.

144.    Defendant, "TRNC", falsely advertises, markets and solicits investors in Washington, DC, London and around the world in order to lure investors into purchasing property with false title to the detriment of the Plaintiffs and the Class.

145.    Defendant, "TRNC", falsely represents it is a legitimate recognized government, with due process and safeguards, respecting property rights of all, and has an "embassy" in Washington DC when it is obviously false, as it is not a recognized government in the United States and therefore cannot have an embassy that is recognized by the host country.

146.    The Lanham Act provides that: "any advertising or promotion that misrepresents the nature, characteristics, qualities or geographic origin of goods, services or commercial activities" (Lanham Act, 15 U.S.C.A. § 1125(a)).

147.    Defendant has violated the Lanham Act and has injured or will continue to injure members of the public in the United States, the United Kingdom and elsewhere based on its false portrayal of its existence, status, conduct towards and ownership of property belonging to the Plaintiffs and the Class that includes luring unsuspecting members of the public to seek to purchase in the fraudulent property scheme.

## COUNT VII
### (Intentional Interference With Prospective Business Advantage/Contract)

148.    Plaintiffs and the Class reallege paragraphs 1 through 147 of this Complaint as set forth in full.

149.    Negligent or intentional willful acts of Defendants towards Plaintiffs and the Class.

150.    Defendants' conduct was calculated to cause harm to property and the business advantages or contracts arising from the property belonging to the Plaintiffs and the Class.

151.    Defendants' conduct was committed with the unlawful or improper purpose to cause such damage, without justification, and with actual damage resulting to the Plaintiffs and the Class.

## COUNT VIII
### (Trespass)

152.    The "TRNC", through its agents or employees, without authorization, have gained entry onto the property of the Plaintiffs and the Class.

153.    The "TRNC" intending to and did substantially and materially interfere with the rights to the property owners consisting of the Plaintiffs and the Class.

## COUNT IX
### (Trespass To Chattel -Personal Property Only)

154.    Plaintiffs and the Class reallege paragraphs 1 through 153 of this Complaint as set forth in full.

155.    Defendant "TRNC" has exercised dominion and control over the personal and movable property of the Plaintiffs and the Class so as to deny its use in a substantial manner without compensation or consent by the Plaintiffs and the Class.

## COUNT X
### (Accounting)

156.    Plaintiffs and the Class reallege paragraphs 1 through 155 of this Complaint as set forth in full.

157.    The business relationship between Defendants and/or the circumstances regarding their business relationship, coupled with the use of property belonging to the Plaintiffs and the Class

as the basis for their business relationship, including payments, missing and/or unpaid profits or compensation makes this appropriate for an accounting.

158.    As a result of the aforementioned paragraphs, Defendants have received money, a portion, if not all, of which is due to Plaintiffs and the Class from Defendants, as previously alleged.

159.    The amount of money due from Defendants to each Plaintiff or Class member is unknown at this time and cannot be ascertained without an accounting of the receipts and disbursements of the aforementioned transactions. Plaintiffs are informed and believes and thereon allege, that the amount due to each Plaintiff or Class member exceeds $1,000,000.00

160.    Each Plaintiff and Class member has been deprived of an accounting of the aforementioned transactions from Defendants and payment of the amount are due but Defendants have concealed there illegal enterprise, and will not render such an accounting and to pay such sum.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and the Class, request that the Court enter an order or judgment against Defendants, jointly and individually, upon each count of the Complaint as follows:

1.Certification of this action as a class pursuant to FRCP 23 and;

2. Demand judgment for plaintiffs and members of the class against Defendants, jointly and severally, on all counts and for:

    a.      Compensatory damages in the amount equal to the value of the loss of monies provided; and

    b.      Injunctive relief restraining the TRNC from falsely marketing, advertising properties or itself as the TRNC or Turkish Republic of Northern Cyprus and to thwart the

fraudulent property scheme that seeks to further harm the Plaintiffs and the Class; to restrain the

TRNC from advertising it is an embassy and a legitimate government and other falsities on its

website or office in Washington, DC and elsewhere in the U.S

   c.  Injunctive relief restraining HSBC from transacting any business regarding

property in the north of Cyprus or with the "TRNC"

   d.  Punitive and/or Treble damages.

   e.  Disgorge from Defendants all monies received unjustly from their deceptive trade

practices and fraudulent property scheme.

   f. Award attorneys' fees and costs; and

   g. Grant such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY**

Plaintiffs individually and on behalf of those similarly situated demand trial by jury on all issues.


Respectfully submitted,


/s/Athan T. Tsimpedes
Bar No. 452341
TSIMPEDES LAW FIRM
1050 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
Ph. 202-772-3159
Fax 202-449-3499
athan@tsimpedeslaw.com

*Counsel for the Plaintiffs*