UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TELEMACHOS FIOURIS, et al.,         )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )    Civil Action No. 10-1225 (PLF)
                                    )
THE TURKISH CYPRIOT COMMUNITY d/b/a )
TURKISH REPUBLIC OF NORTHERN        )
CYPRUS, et al.,                     )
                                    )
            Defendants.             )
_____ )

MEMORANDUM OPINION AND ORDER

On September 30, 2014, the Court dismissed <u>Toumazou v. Turkish Republic of Northern Cyprus</u>, Civil Action No. 09-1967, with prejudice, which is a related case "indistinguishable by facts or law." <u>See</u> Plaintiff's Notice of Appeal at 1 n.1, <u>Toumazou v. Turkish Republic of Northern Cyprus</u>, No. 09-cv-1967 (D.D.C. Oct. 29, 2014), ECF No. 55. The Court therefore ordered plaintiff to show cause in writing why this case should not be dismissed with prejudice pursuant to the Court's September 30, 2014 Order and October 9, 2014 Opinion in <u>Toumazou</u>. Plaintiff failed to respond. It is hereby

ORDERED that the complaint is DISMISSED with prejudice.  The Clerk of Court shall remove this case from the docket of this Court.  This is a final appealable Order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 31, 2014